IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| NATIONWIDE MUTUAL INSURANCE, COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | 4:05CV3077 |
| v. | ) ) ) ) | |
| WILHELM GRAIN, INC., JOHN E. WILHELM and JULIA ANN WILHELM, | ) ) ) | ORDER |
| Defendants. | ) | |

　　　　IT HEREBY IS ORDERED:

　　　　Counsel and unrepresented parties shall meet and confer in accordance with <u>Fed. R. Civ. P. 26(f)</u> and, by May 16, 2005, file their Report of Parties' Planning Conference.

　　　　DATED　　　　April 29, 2005

/s/ David L. Piester<br>
United States Magistrate Judge