IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| NATIONWIDE MUTUAL INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | 4:05CV3077 |
| v. | ) ) ) | |
| WILHELM GRAIN, INC., JOHN E. WILHELM, and JULIA ANN WILHELM, | ) ) ) ) | ORDER |
| Defendants. | ) ) | |

IT IS ORDERED:

Plaintiff's motion to continue or cancel the pretrial conference is granted and the pretrial conference that was set for September 8 is cancelled.

DATED this 2nd day of September, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge