IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| NATIONWIDE MUTUAL INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | 4:05CV3077 |
| v. | ) ) ) | |
| WILHELM GRAIN, INC., JOHN E. WILHELM, and JULIA ANN WILHELM, | ) ) ) ) | ORDER |
| Defendants. | ) ) | |

Upon being advised that defendants do not contest the motion for summary judgment,

IT IS ORDERED,

The motion for summary judgment, filing 22, is granted.

DATED this 2nd day of September, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge